**Adan Osbel DE LEON–CALDERON; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–71234.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 26, 2011.

Adan Osbel De Leon–Calderon, Los Angeles, CA, pro se.

OIL, Nairi Mary Simonian, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Adan Osbel De Leon–Calderon and his family, natives and citizens of Guatemala, petition pro se for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's decision denying De Leon–Calderon's application for relief under the Nicaraguan Adjustment and Central American Relief Act ("NACARA"). We dismiss the petition for review.

We lack jurisdiction to review the agency's determination that De Leon–Calderon did not establish eligibility for NACARA relief. *See Lanuza v. Holder,* 597 F.3d 970, 972 (9th Cir.2010) (per curiam) (this court lacks jurisdiction to determine petitioner's statutory eligibility for NACARA § 203 relief); *see also* Illegal Immigration Reform and Immigrant Responsibility Act of 1996, § 309(c)(5)(C)(ii), Pub.L. No. 104–208 ("A determination by the Attorney General as to whether an alien satisfies the requirement of clause (i) is final and shall not be subject to review by any court"), *as amended by* NACARA, Pub.L. No. 105–100 (1997).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.